Re:     Civil Action No. 1:08-CV-122
        Rosa Montes Ramos, et. al. v. Omar Lucio, et. al.
        U.S.D.C. – Southern District of Texas, Brownsville Division

# ATTACHMENT "A"

## CURRICULUM VITAE
## GARY MICHAEL VILKE, M.D., FACEP, FAAEM

# CURRICULUM VITAE
## GARY MICHAEL VILKE, M.D., FACEP, FAAEM

HOME ADDRESS:

11279 Breckenridge Way
San Diego, CA  92131
Phone:  (858) 653-5292
Fax:     (858) 653-5292
Pager:  (619) 290-9149

OFFICE ADDRESS:

Department of Emergency Medicine
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92103-8676
Phone:  (619) 543-6210
Fax:     (619) 543-3115
E-mail: gmvilke@ucsd.edu

PERSONAL:    Born ████████, 1966 in Cleveland, Ohio
Marital Status:  Married, two children

EDUCATION:

| | |
|---|---|
| Academic:<br>1983-88 | B.S. in Zoology, University of California, Berkeley<br>Berkeley, California |
| Medical School:<br>1988-92 | M.D., University of California, San Diego School of Medicine<br>La Jolla, California |
| Internship:<br>1992-93 | Department of Surgery<br>University of California, San Diego Medical Center<br>San Diego, California |
| Residency:<br>1993-96 | Department of Emergency Medicine<br>University of California, San Diego Medical Center<br>San Diego, California    (Chief Resident: 1995-96) |

LICENSURE:   California Medical License Number G-78057

BOARD CERTIFICATIONS:

National Board of Medical Examiners, 1993
American Board of Emergency Medicine, 1997

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

APPOINTMENTS:

| | |
|---|---|
| 7/05 - Present | Professor of Clinical Medicine, University of California, San Diego (UCSD) School of Medicine |
| 7/07 - Present | Vice Chief of Staff, UCSD Medical Center |
| 2/06 - Present | Director of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 7/04 – Present | EMS/Disaster Medicine Fellowship Co-Director, Department of Emergency Medicine. |
| 4/99 - Present | Director, Custody Services, UCSD Medical Center |
| 7/96 - Present | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/94 - Present | Base Hospital Physician, University of California Medical Center |

PREVIOUS EXPERIENCE:

| | |
|---|---|
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 7/01 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego,California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

7/93 - 12/95        Flight Physician, Life Flight Air Medical Transport Service

HONORS AND AWARDS:

1990    Random House Medical Student Award

1996    American College of Emergency Physicians, California Chapter Challenge
        Bowl Winner

1996    Council of Residency Directors (CORD) Resident Academic Achievement Award

1996    Outstanding Emergency Medicine Resident

1996    UCSD Emergency Department Staff Support Award

1996    *Journal of Emergency Medicine* Outstanding Contribution Award

1999    "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency
        Graduating Class of 1999

2000    Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000

2000    Best Research Poster Presentation, California Chapter of the American College of
        Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California

2000    Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency
        Medical Services for Children Conference, San Diego, California, November 2000

2001    Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California

2004    Academy of Clinician Scholars, University of California San Diego

2004    Top Doctor in San Diego County, San Diego Magazine

2004    Top Peer Reviewer, *Annals of Emergency Medicine*

2005    Top Doctor in San Diego County, San Diego Magazine

2005    Clinical Investigation Institute, University of California San Diego

2006    Top Doctor in San Diego County, San Diego Magazine

2007    Finalist San Diego Business Journal Health Care Champion Award

2007    Top Doctor in San Diego County, San Diego Magazine

2007    Top Peer Reviewer, *Annals of Emergency Medicine*

2008    Top Doctor in San Diego County, San Diego Magazine

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

CERTIFICATIONS:

Basic Cardiac Life Support Instructor

Pediatric Life Support Provider

Advanced Cardiac Life Support Instructor

Advanced Trauma Life Support Provider

Hazardous Material Training, Level I

Advanced HAZMAT Life Support Provider

PROFESSIONAL SOCIETY MEMBERSHIPS:

American Medical Association, 1988-97

California Alumni Association, 1988

American College of Emergency Physicians, 1991-2000

Fellow, American College of Emergency Physicians, 2000

California Chapter of the American College of Emergency Physicians, 1991

Society for Academic Emergency Medicine, 1995

National Association of EMS Physicians, 1998

Fellow, American Academy of Emergency Medicine, 2000

California Chapter of the American Academy of Emergency Medicine, 2000

American Association of University Professors, 2002

California Conference of the American Association of University Professors, 2002

San Diego Faculty Association, 2002

San Diego County Medical Society, 2003

California Medical Association, 2003

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

## CURRENT ACTIVITIES:

Member, Disaster Medical Assistance Team (CA-4), 1994

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Tactical EMS Care Provider for San Diego Sheriff's Special Enforcement Detail (SED), 2007


Journals

Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2007, (Editorial board since 2000; reviewer since 1994)

Reviewer, *California Journal of Emergency Medicine*, 2001

Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Reviewer, *Emergency Medicine Journal*, BMA House, 2006

Editorial Board, *Prehospital Emergency Care,* Taylor & Francis Group, 2006 (Reviewer since 2004)

Reviewer, *Forensic Science International*, 2007

Reviewer, *Western Journal of Emergency Medicine*, 2007

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA).  2008

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PREVIOUS ACTIVITIES:

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Reviewer, *Journal of Emergency Medicine*, Pergamon Press, 1994-2000  (now on editorial board)

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Associate Editor, *Journal of Emergency Medicine*, Pergamon Press, 1996-97

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I,

Pediatric Advanced Life Support Course, 1997-2002

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997-2003

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Member, San Diego County Bio-Terrorism Planning Group, 1999-2003

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

## PREVIOUS ACTIVITIES, continued:

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

Member, Board of Directors, CAL/ACEP, 2001-02

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

San Diego County Health Services Capacity Issues Task Force, 2002-06

San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

San Diego County Task Force on Fire Prevention, 2004-06

President-Elect, EMS Medical Director's Association of California, 2005-06

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

## CURRENT UCSD COMMITTEE MEMBERSHIPS:

Research Committee, Department of Emergency Medicine, 1997

Trauma Multidisciplinary Committee, 2000

UCSD Faculty Association, 2002

Quality Improvement Committee, Department of Emergency Medicine, 2002

UCSD/San Diego Sheriff Security Working Group, 2003

Quality Council Committee, 2003

Chair, Patient Care and Peer Review Committee, 2007 (member since 2005)

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005

UCSD Academy of Clinician Scholars Executive Committee, 2005

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007

Vice Chair, Medical Staff Executive Committee, 2007


## PREVIOUS UCSD COMMITTEE MEMBERSHIPS:

Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

Hospital Infection Control Committee, 1994-95

Emergency Medicine Housestaff Association Representative, 1994-96

Emergency Department Clinical Practices Committee, 1994-96

Emergency Department Peer Review/Quality Assurance Committee, 1995-96

Emergency Department Critical Care Room Process Action Team, 1996

Paramedic/Emergency Department Interface Task Force, 1998-99

Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

Credentials Committee, 1997-2000

Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

Medical Director's Group, 1997-2002

Patient Care Review Committee, 2003

Medical Risk Management Committee, 2002-03

Patient Improvement and Outcome Committee, 2003-05

Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005

UCSD Phasing Strategy Ad Hoc Committee, 2005

Clinical Representative, Trauma Quality Assurance Program, 1998-2006

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

<u>PREVIOUS UCSD COMMITTEE MEMBERSHIPS, continued</u>:

    Chair, Medical Risk Management Committee, 2003-2007 (member since 2002)

    Medical Risk Management Executive Committee, 2003-2007

    UCSD Medical Center Allocation Committee 2005-07

    Patient Safety Committee, 2003-2007


<u>CURRENT COMMITTEE MEMBERSHIPS</u>:

    Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998

    San Diego Central Jail Quality Assurance Committee, 1999

    San Diego Central Jail Medical Oversight Committee, 1999

    Training Committee, San Diego County Metropolitan Medical Strike Team, 2001

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

## PREVIOUS COMMITTEE MEMBERSHIPS:

Practice Management Committee, CAL/ACEP, 1994-95

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006

San Diego County Prehospital Audit Committee, 1997-2006

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Chair, San Diego County Prehospital Audit Committee, 1998-2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002

City of San Diego EMS Physicians' Advisory Committee, 1998-2003

City of San Diego Prehospital Cardiac Advisory Committee, 1998-2003

Chair, San Diego County Aeromedical Protocol Committee, 1998-2006

San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02

Education Committee, CAL/ACEP, 2000-03

San Diego County Paramedic Training Joint Advisory Committee, 2000-06

San Diego County Public Health Preparedness Team, 2001-06

EMS Section, American College of Emergency Physicians, 2001-06

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PREVIOUS COMMITTEE MEMBERSHIPS, continued:

Governmental Affairs Committee, CAL/ACEP, 2001-02

Didactic Subcommittee, SAEM Program Committee, 2001-02

Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03

Air Medical Transport Section, American College of Emergency Physicians, 2001-03

San Diego County Sheriff's Mortality Review Committee, 2001-03

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

EMS Medical Director's Association of California, 2002-06

San Diego County Trauma Administrators Committee, 2002-06

Chair, San Diego County EMS Research Committee, 2002-06

Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06

San Diego County Public Health Services Physicians Group, 2003-06

San Diego County Healthcare Advisory Committee on Terrorism, 2003-06

Member-at-large, EMDAC Officer Board, 2004-05

San Diego County Fire Chief's Association, 2004-06

San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06

Chair, San Diego County HRSA Work Group, 2004-06

San Diego County Regional Helicopter Advisory Committee, 2004-06

San Diego County HRSA Executive Steering Committee, 2004-06

San Diego County Critical Care Transport Working Group, 2005-06

San Diego County Prehospital Patient Record IT Steering Committee, 2005-06

San Diego County Cardiac Advisory Committee, 2005-06

San Diego County Stroke Advisory Committee, 2005-06

San Diego County Emergency Medical Care Committee, 2006

Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-2006

SAEM Program Committee, 2001-2007

Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

FUNDED RESEARCH:

1. Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2. Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3. Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4. Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. Amount: $128,176

5. Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001. Amount: $1,500

6. Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003. Amount: $12,000

7. Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/2004 to 6/30/2009. UO1 HL077908. Amount: $2,250,522

8. Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects." Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007. UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079. Amount: $213,941.49

9. Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/2006 to 6/30/2008. UO1 HL077863. Amount: $331,320

10. Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/2006 to 6/30/2008. Amount: $133,427

11. Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/2007 to 6/30/2008. Amount: $50,000

12. Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07. Amount: $11,658

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

FUNDED RESEARCH, continued:

13.  Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/2008 to 10/15/2008. Amount:  $50,990

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS:

Books / Book Chapters

1.   Vilke GM:  Head Trauma, Blunt.  In: The 5 Minute Emergency Medicine Consult.
     Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
     Williams & Wilkins, 1999, pp 472-473.

2.   Vilke GM:  Head Trauma, Penetrating.  In: The 5 Minute Emergency Medicine Consult.
     Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
     Williams & Wilkins, 1999, 474-475.

3.   Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.);
     St. Louis: Mosby, Inc., 2001.

3.   Vilke GM:  Urethral Catheterization.  In: Atlas of Emergency Procedures.  Rosen P,
     Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

4.   Vilke GM:  Cystostomy.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
     Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

6.   Vilke GM:  Bladder Aspiration.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
     Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

7.   Vilke GM:  Dorsal Slit in Phimosis.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
     Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

8.   Vilke GM:  Manual Paraphimosis Reduction.  In: Atlas of Emergency Procedures.  Rosen P,
     Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

14.  Vilke GM:  Zipper Removal.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
     Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

10.  Hayden SR, Silfvast T, Deakin CD, Vilke GM:  Surgical Procedures.  In: Prehospital Trauma
     Care.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

11.  Hayden SR, Thierbach A, Vilke GM, Sugrue M:  Patient Turnover: Arriving and Interacting
     in the Emergency Department.  In: Prehospital Trauma Care.  Soreide E, Grande CM (Eds.);
     New York: Marcel Dekker, Inc., 2001, pp 737-751.

12.  Vilke GM:  Cervical Spine Injury, Adult.  In: Rosen and Barkin's 5-Minute Emergency
     Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P
     (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1048-1049.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Books / Book Chapters

13.　Vilke GM:  Extremity Trauma, Penetrating.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 394-395.

14.　Vilke GM:  Head Trauma, Blunt.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 476-477.

15.　Vilke GM:  Head Trauma, Penetrating.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 478-479.

16.　Vilke GM:  Ring/Constricting Band Removal.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 980-981.

17.　Vilke GM:  Warts.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1222-1223.

18.　Vilke GM:  Fournier's Gangrene.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 430-431.

19.　Vilke GM:  Variants of Normal.  In: <u>ECG in Emergency Medicine and Acute Care.</u>  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 12-15.

20.　Vilke GM:  Keloid Formation. In: <u>Greenberg's Text-Atlas of Emergency Medicine</u>.  Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 684.

21.　Vilke GM:  Distal Digital Amputation. In: <u>Greenberg's Text-Atlas of Emergency Medicine</u>.  Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 685.

22.　Vilke GM:  Painful Syndromes of the Hand and Wrist.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> fourth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2005, pp 536-540.

23.　Vilke GM:  Neck Holds.  In: <u>Sudden Deaths in Custody</u>.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 15-38.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Books / Book Chapters

24.   Sloane C, Vilke GM:  Riot Control Agents, Tasers and Other Less Lethal Weapons.
      In: Sudden Deaths in Custody.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006,
      pp 113-138.

25.   Vilke GM:  *Clostridium botulinum* Toxin (Botulism) Attack.  In: Disaster Medicine.
      Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 701-704.

26.   Vilke GM:  Viral Agents (Section 10, Part 2).  Section Editor.  In: Disaster Medicine.
      Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 661-697.

27.   Patel R, Reynoso J, Vilke GM:  Genitourinary Trauma. In:  Emergency Medicine Handbook.
      Clinical Concepts for Clinical Practice.  Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.);
      Philadelphia: Elsevier Mosby, 2007, pp 164-173.

28.   Vilke GM:  Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency
      Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P
      (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 392-393.

29.   Vilke GM:  Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine
      Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
      Philadelphia: Lippincott Williams & Wilkins, 2007, pp 428-429.

30.   Vilke GM:  Head Trauma, Blunt. In: Rosen & Barkin's 5-Minute Emergency Medicine
      Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
      Philadelphia: Lippincott Williams & Wilkins, 2007, pp 474-475.

31.   Vilke GM:  Head Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine
      Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
      Philadelphia: Lippincott Williams & Wilkins, 2007, pp 476-477.

32.   Vilke GM:  Spine Injury: Cervical, Adult. In: Rosen & Barkin's 5-Minute Emergency
      Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P
      (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1040-1041.

33.   Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third
      edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia:
      Lippincott Williams & Wilkins, 2007, pp 1224-1225.

34.   Vilke GM, Sloane CM, Chan TC.  Accelerated Triage for Medical Evaluations Following
      CED Activations.  In:  Critical Issues in Policing Series:  Strategies for Resolving Conflict and
      Minimizing Use of Force.  Ederheimer JA (Ed); Washington DC, Police Executive Research
      Forum, 2007, pp 108-109.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


<u>VIDEO</u>:

1.    Vilke GM, Davis DP, Robinson A:  "Glasgow Coma Scale and the Field Neurological Exam"
      Instructional Video, San Diego County Emergency Medical Services, Copyright 1997.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Articles

1.  Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P:  Intubation techniques in the helicopter.  J Emerg Med 1994;12(2):217-224.

2.  Rockwell E, Jackson E, Vilke G, Jeste DV:  A study of delusions in a large cohort of Alzheimer's disease patients.  Am J Geriatric Psychiatry 1994;2(2):157-164.

3.  Chan T, Vilke GM, Williams S:  Bi-directional ventricular tachycardia in a patient with digoxin toxicity.  J Emerg Med 1995;13(1):89.

4.  Vilke GM:  Misplaced intravascular catheters in a patient with acute renal failure.  J Emerg Med 1995;13(3):379.

5.  Vilke GM, Vilke TS, Rosen P:  The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*.  J Emerg Med 1995;13(4):457-460.

6.  Bauman BH, Vilke G, Chan T:  Dexamethasone use in croup.  West J Med 1996;164(1):66.

7.  Vilke GM, Hayden SR:  Intraorbital air in a patient status post-facial trauma.  J Emerg Med 1996;14(1):77.

8.  Vilke GM, Jacoby I, Manoguerra AS, Clark R:  Disaster preparedness of poison control centers.  Clin Toxicol 1996;34(1):53-58.

9.  Vilke GM:  "No worries."  J Emerg Med 1996;14(5):641-642.

10.  Vilke GM, Honingford EA:  Cervical spine epidural abscess in a patient with no predisposing risk factors.  Ann Emerg Med 1996;27(6):777-780.

11.  Vilke GM, Honingford EA:  Diabetes and neck pain (Letter to the editor).  Ann Emerg Med 1996;28(6):731.

12.  Vilke GM, Wulfert EA:  Case reports of two patients presenting with pneumothorax following acupuncture.  J Emerg Med 1997;15(2):155-157.

13.  Vilke GM:  Chest pain in an elderly patient.  J Emerg Med 1997;15(4):523.

14.  Chan TC, Vilke GM, Neuman T, Clausen JL:  Restraint position and positional asphyxia.  Ann Emerg Med 1997;30(5):578-586.

15.  Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  Ann Emerg Med 1998; 31(2):247-250.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Articles

16.  Chan TC, Vilke GM, Neuman T:  Reexamination of custody restraint position and positional asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

17.  Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J:  Positional asphyxia (Reply to letter to the editor).  Ann Emerg Med 1998;32(1):117-118.

18.  Vilke GM, Mahoney G, Chan TC:  Postpartum coronary artery dissection.  Ann Emerg Med 1998;32(2):260-262.

19.  Rosa CM, Schwartz BL, Vilke GM:  The prehospital electrocardiogram: Future standard of care?  Top Emerg Med 1998;20(3):23-29.

20.  Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P:  Cricothyrotomy technique: Standard versus the rapid four-step technique.  J Emerg Med 1999;17(1):17-21.

21.  Davis DP, Stephen KAC, Vilke GM:  Inaccuracy in endotracheal tube verification using a Toomey syringe.  J Emerg Med 1999;17(1):35-38.

22.  Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P:  Emergency department airway management before and after an emergency medicine residency.  J Emerg Med 1999;17(3):427-431.

23.  Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P:  Use of the Trousseau dilator in cricothyrotomy.  J Emerg Med 1999;17(3):433-436.

24.  Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I.  J Emerg Med 1999;17(3):479-489.

25.  Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II.  J Emerg Med 1999;17(4):697-709.

26.  Vilke GM, Buchanan J, Dunford JV, Chan TC:  Are heroin overdose deaths related to patient release after prehospital treatment with naloxone?  Prehosp Emerg Care 1999;3(3):183-186.

27.  Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

28.  Vilke GM:  FOOSH injury with snuff box tenderness.  J Emerg Med 1999;17(5):899-900.

29.  Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Articles

30.  Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P:  Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique.  J Emerg Med 1999;17(6):957-962.

31.  Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T:  Restraint position and positional asphyxia (Reply to letter to the editor).  Am J Forensic Med Pathol 2000; 21(1):93.

32.  Vilke GM, Chan TC, Guss DA:  Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury.  Am J Emerg Med 2000;18(2): 159-163.

33.  Sloane CM, Vilke G:  The other olive associated with vomiting.  J Emerg Med 2000; 18(3):375.

34.  Vilke GM, Chan TC, Neuman T, Clausen JL:  Spirometry in normal subjects in sitting, prone, and supine positions.  Respir Care 2000;45(4):407-410.

35.  Ma G, Vilke GM:  Amoebic abscess.  J Emerg Med 2000;18(4):465-466.

36.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw.  J Emerg Med 2000;19(2):125-129.

37.  Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P:  Rapid sequence intubation in the field versus hospital in trauma patients.  J Emerg Med 2000;19(3):259-264.

38.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation.  Ann Emerg Med 2000;36(4):293-300.

39.  Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J:  Successful prehospital airway management by EMT-Ds using the Combitube.  Prehosp Emerg Care 2000;4(4):333-337.

40.  Vilke GM, Marino A, Iskander J, Chan TC:  Emergency department patient knowledge of medications.  J Emerg Med 2000;19(4):327-330.

41.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report.  NCJ 182433.  Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation.  J Emerg Med 2001;20(1):1-5.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Articles

43. Vilke GM, Chan TC:  Physician effect on out of hospital patients signing out against medical advice.  Pre-hospital Immediate Care 2001;5(1):38-40.

44. Davis DP, Kimbro TA, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2001;5(2):163-168.

45. Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001; 21(1):35-39.

46. Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG: Exercise-induced hyponatremia in marathon runners: A two-year experience.  J Emerg Med 2001;21(1):47-57.

47. Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

48. Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps. J Emerg Med 2001;21(2):125-128.

49. Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary embolism.  J Emerg Med 2001;21(3):263-270.

50. Morgan J / Sloane C, Vilke GM:  Rapid sequence intubation in the field versus hospital in trauma patients (Reply to letter to the editor).  J Emerg Med 2001;21(4):443-444.

51. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001. Washington, DC: United States Department of Justice, National Institute of Justice.

52. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  J Emerg Med 2002;22(1):71-74.

53. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T:  The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function.  J Forensic Sci 2002; 47(2):299-304.

54. Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC:  Midazolam for the treatment of out-of-hospital pediatric seizures.  Prehosp Emerg Care 2002;6(2):215-217.

55. Vilke GM, Chan TC:  Agitated delirium and sudden death (Letter to the editor).  Prehosp Emerg Care 2002;6(2):259-260.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Articles

56.  Vilke GM, Fisher R, Chan TC:  An evaluation of the risk for latex allergy in prehospital EMS providers.  J Emerg Med 2002;22(4):345-348.

57.  Vilke GM:  Food-dependent exercise-induced anaphylaxis.  Prehosp Emerg Care 2002; 6(3):348-350.

58.  Vilke GM, Snyder B:  High pressure paint spray gun injury.  J Emerg Med 2002;23(2): 203-204.

59.  Chew GS, Vilke GM, Davis DP, Chan TC:  Toomey™ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation.  J Emerg Med 2002;23(4): 337-340.

60.  Vilke GM:  Aeromedical Emergencies:  Intro to the section.  J Emerg Med 2002;23(1):49.

61.  Vilke GM, Sardar W, Fisher R, Dunford JD, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(4):391-395.

62.  Vilke GM:  Great toe pain.  J Emerg Med 2003;24(1):59-60.

63.  Davis JM, Vilke GM:  An elderly patient with intussusception.  J Emerg Med 2003;24(2):221.

64.  Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Safety and effectiveness of methohexital for procedural sedation in the emergency department.  J Emerg Med 2003;24(3):315-318.

65.  Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV:  Impact of an after-hours on-call emergency physician on ambulance transports from a county jail.  Prehosp Emerg Care 2003; 7(3):327-331.

66.  Vilke GM, Chan TC, Neuman T:  Patient Restraint in EMS:  Prehosp Emerg Care 2003; 7(3):417.

67.  Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM:  The use of etomidate for prehospital rapid-sequence intubation.  Prehosp Emerg Care 2003;7(3):380-383.

68.  Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport.  Acad Emerg Med 2003; 10(8):893-896.

69.  Davis DP, Valentine C, Ochs M, Vilke GM, Hoyt DB:  The Combitube as a salvage airway device for paramedic rapid sequence intubation.  Ann Emerg Med 2003;42(5):697-704.

70.  Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM:  Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose.  Emerg Med J 2003;20:483-486.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Articles

71.   Vilke GM, Brown L, Skogland P, Simmons C, Guss DA:  Approach to decreasing emergency
        department ambulance diversion hours.  J Emerg Med 2004;26(2):189-192.

72.   Vilke GM, Smith AM, Chan TC:  Leaving against medical advice after out-of-hospital
        naloxone:  a closer look is needed.  Acad Emerg Med 2004;11(3):323-324.

73.   Vilke GM, Harrigan RA, Ufberg JW, Chan TC:  Emergency evaluation and treatment of
        priapism.  J Emerg Med 2004;26(3):325-329.

74.   Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM:  The clinical
        presentation and impact of diagnostic delays on emergency department patients with spinal
        epidural abscess.  J Emerg Med 2004;26(3):285-291.

75.   Vilke GM, Harrigan RA, Ufberg JW:  Technical Tips: Intro to the section.  J Emerg Med
        2004;26(3):323.

76.   Doney MK, Vilke GM:  Large osteosarcoma not apparent on conventional radiography.
        J Emerg Med 2004;26(3):351-352.

77.   Chan TC, Ufberg J, Harrigan RA, Vilke GM:  Nasal foreign body removal.  J Emerg Med
        2004;26(4):441-445.

78.   Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC:  Airway obstruction
        in children aged less than 5 years: The prehospital experience.  Prehosp Emerg Care 2004;
        8(2):196-199.

79.   Vilke GM, Jin A, Davis DP, Chan TC:  Prospective randomized study of viscous lidocaine
        versus benzocaine in a GI cocktail for dyspepsia.  J Emerg Med 2004;27(1):7-9.

80.   Poste JC, Davis DP, Ochs M, Vilke GM, Castillo EM, Stern J, Hoyt DB:  Air medical
        transport of severely head-injured patients undergoing paramedic rapid sequence intubation.
        Air Medical Journal 2004;23(4):36-40.

81.   Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and
        respiratory function.  Am J Forensic Med Pathol 2004;25(3):185-189.

82.   Ufberg JW, Vilke GM, Chan TC, Harrigan RA:  Anterior shoulder dislocations: Beyond
        traction-countertraction.  J Emerg Med 2004;27(3):301-306.

83.   Vilke, GM:  San Diego County wildfires: Perspective of county officials.  Disaster Manag
        Response 2004 Oct-Dec;2(4):99.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Articles

84.   Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC:
      Community trial to decrease ambulance diversion hours: The San Diego County patient
      destination trial.  Ann Emerg Med 2004;44(4):295-303.

85.   Vilke GM, Stepanski BM, Ray LU, Lutz MW, Murrin PA, Chan TC:  9-1-1 responses for
      shopping cart and stroller injuries.  Pediatr Emerg Care 2004;20(10):660-663.

86.   Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC:  Evaluation of pediatric glucose
      monitoring and hypoglycemic therapy in the field.  Pediatr Emerg Care 2005;21(1):1-5.

87.   Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC,
      McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to
      ventricular fibrillation in a large, urban emergency medical services system.  Resuscitation
      2005;64(3):341-346.

88.   Davis DP, Peay J, Sise MJ, Vilke GM, Kennedy F, Eastman AB, Velky T, Hoyt DB:
      The impact of prehospital endotracheal intubation on outcome in moderate to severe traumatic
      brain injury.  J Trauma 2005;58(5):933-939.

89.   Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC:  The inadvertent administration of
      anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection.  Am J
      Emerg Med 2005;23(4):439-442.

90.   Davis DP, Pettit K, Rom CD, Poste JC, Sise MJ, Hoyt DB, Vilke GM:  The safety and
      efficacy of prehospital needle and tube thoracostomy by aeromedical personnel.  Prehosp
      Emerg Care 2005;9(2):191-197.

91.   Davis DP, Peay J, Serrano JA, Buono C, Vilke GM, Sise MJ, Kennedy F, Eastman AB,
      Velky T, Hoyt DB:  The impact of aeromedical response to patients with moderate to severe
      traumatic brain injury.  Ann Emerg Med 2005;46(2):115-122.

92.   Davis DP, Vadeboncoeur TF, Ochs M, Poste JC, Vilke GM, Hoyt DB:  The association
      between field glasgow coma scale score and outcome in patients undergoing paramedic rapid
      sequence intubation.  J Emerg Med 2005;29(4):391-397.

93.   Davis DP, Wiesner C, Chan TC, Vilke GM:  The efficacy of nebulized albuterol/ipratropium
      bromide versus albuterol alone in the prehospital treatment of suspected reactive airways
      disease.  Prehosp Emerg Care 2005;9(4):386-390.

94.   Davis DP, Douglas DJ, Smith W, Sise MJ, Vilke GM, Holbrook TL, Kennedy F, Eastman AB,
      Velky T, Hoyt DB:  Traumatic brain injury outcomes in pre- and post-menopausal females
      versus age-matched males.  J Neurotrauma 2006;23(2):140-148.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Articles

95.  Davis DP, Idris AH, Sise MJ, Kennedy F, Brent Eastman A, Velky T, Vilke GM, Hoyt DB:
     Early ventilation and outcome in patients with moderate to severe traumatic brain injury.
     Crit Care Med 2006;34(4):1202-1208.

96.  Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP:  Impact of the San
     Diego Serial Inebriate Program on use of emergency medical resources.  Ann Emerg Med
     2006;47(4):328-336.

97.  Vadeboncoeur T,  Davis DP, Ochs M, Poste JC, Hoyt DB, Vilke GM:  The ability of
     paramedics to predict aspiration in patients undergoing prehospital rapid sequence intubation.
     J Emerg Med 2006;30(2):131-136.

98.  Davis DP, Serrano JA, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB:
     The predictive value of field versus arrival Glasgow Coma Scale Score and TRISS calculations
     in moderate-to-severe traumatic brain injury.  J Trauma 2006;60(5):985-990.

99.  Ramanujam P, Vilke GM:  Prehospital management of the difficult airway.  Clinical
     Foundations 2006;7-11.

100. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D,
     Anderson M, Murrin PA, Davis DP, Harley J:  Paramedic self-reported medication errors.
     Prehosp Emerg Care 2006;10(4):457-462.

101. Goldstein EH, Hradecky G, Vilke GM, Chan TC:  Impact of a standardized protocol to address
     methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system.
     J Correctional Health Care 2006;12(3):181-188.

102. Chappell S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW:  Peripheral venous cutdown.
     J Emerg Med 2006;31(4):411-416.

103. Lev R, Vilke G, Dunford J. San Diego Regional STEMI Summit. San Diego Physician.
     2006;4:11-13.

104. Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC.
     Impact of the San Diego County firestorm on Emergency Medical Services.  Prehosp Dis Med
     2006;21(5):353-358.

105. Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM.
     Adult foreign body airway obstruction in the prehospital setting.  Prehosp Emerg Care. 2007
     Jan-Mar;11(1):25-9.

106. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory
     and metabolic demands during aggressive physical restraint in healthy adults.  J Forensic Sci
     2007;52(1):171-175.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Articles

107. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J:  Paramedic self-reported medication errors. Prehosp Emerg Care 2007;11(1):80-84.

108. Dolkas L, Stanley C, Smith AM, Vilke GM. Deaths associated with choking in San Diego county.  J Forensic Sci. 2007;52(1):176-9.

109. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW.  Temporary transvenous pacemaker placement in the Emergency Department.  J Emerg Med 2007;32(1):105-111.

110. Davis DP, Kene M, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB. Head-Injured Patients Who "Talk and Die": The San Diego Perspective.  J Trauma. 2007 Feb;62(2):277-281.

111. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR.  The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model.  J Emerg Med  2007;32(4):405-414.

112. Davis DP, Fisher R, Aguilar S, Metz M, Ochs G, McCallum-Brown L, Ramanujam P, Buono C, Vilke GM, Chan TC, Dunford JV. The feasibility of a regional cardiac arrest receiving system.  Resuscitation. 2007;74(1):44-51.

113. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007;33(2):113-7.

114. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM. Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med. 2007;33(2):119-22.

115. Khaleghi M, Loh A, Vroman D, Chan TC, Vilke GM. The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med. 2007;33(2):155-9.

116. Davis DP, Graydon C, Stein R, Wilson S, Buesch B, Berthiaume S, Lee D, Rivas J, Vilke GM, Leahy DR.  The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead electrocardiogram.  Prehosp Emerg Care 2007;11(4):399-402.

117. Vilke GM, Chan TC. Less lethal technology: medical issues. Policing 2007;30(3):341-357.

118. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan T Physiological Effects of a Conducted Electrical Weapon on Human Subjects. Ann Emerg Med. 2007:.50(5):569-75.

- 26 -

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Articles

119. Conroy C, Eastman AB, Stanley C, Vilke GM, Vaughan T, Hoyt DB, Pacyna S. Fatal
Positional Asphyxia Associated With Rollover Crashes. Am J Forensic Med Pathol.
2007;28(4):330-332.

120. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC.  Twelve-lead
electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser
X26.Am J Emerg Med. 2008;26(1):1-4.

121. Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER
Activation. J Emerg Med. 2008:34(3):283-5.

122. Sloane C, Vilke GM. Death by Tasercution Rare. *Emergency Medicine News*. 2008;30(3):7.

123. Chan TC, Harrigan RA, Ufberg J, Vilke GM. Mandibular Reduction. J Emerg Med.
2008;34(4):435-40.

124. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM. Evaluating the use and timing of
opioids for the treatment of migraine headaches in the emergency department. J Emerg Med.
2008 Feb 13; [Epub ahead of print]

125. Vilke GM, Ufberg JW, Harrigan RA, Chan TC. Evaluation and Treatment of Acute Urinary
Retention. J Emerg Med. 2008;35(2):193-8.

126. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum Troponin I
Measurement of Subjects Exposed to the Taser X-26(R). J Emerg Med. 2008;35(1):29-32

127. Tornabene S, Vilke GM. Gradenigo's Syndrome. J Emerg Med. 2008 Feb 23; [Epub ahead of
print]

128. Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser
safety remains unclear.  Ann Emerg Med. 2008 Jul;52(1):85-86.

129. Sloane CM, Vilke GM.  Medical Aspects of Less-Lethal Weapons. Law Enforcement
Executive Forum. 2008;8(4):81-94.

130. Conroy C, Stanley C, Eastman AB, Vaughn T, Vilke GM, Hoyt DB, Pacyna S, Smith A.
Asphyxia: A Rare Cause of Death for Motor Vehicle Crash Occupants. Am J Forensic Med
Pathol. 2008;29:14-18.

131. Ramanujam P, Castillo E, Patel E, Vilke G, Wilson MP, Dunford JV.  Prehospital transport
time intervals for acute stroke patients. J Emerg Med. 2008 Aug 22. [Epub ahead of print]

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

1.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

2.  Moss ST, Vilke GM, Chan TC, Dunford JD:  Outcomes study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

3.  Chan TC, Vilke GM, Neuman TS, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

4.  Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

5.  Davis DP, Bramwell KJ, Vilke GM, Rosen P:  Cricothyrotomy technique: Standard technique versus the rapid four-step technique.  Acad Emerg Med 1997;4(5):488.

6.  Bramwell K, Vilke G, Davis D, Rosen P:  Cricothyrotomy technique: Use of the Trousseau dilator for initial widening and subsequent stabilization of the opening during endotracheal tube passage.  Ann Emerg Med 1997;30(3):419.

7.  Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medical technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

9.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on laryngoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

10.  Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

11.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

12.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

13.  Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Abstracts

14.   Chan TC, Vilke GM, Buchanan J, Anderson M:  Patient ethnicity and age in prehospital
      emergency ambulance use and acuity rates.  Prehospital Emerg Care 1998;2(3):223.

15.   Marino AT, Vilke GM, Chan TC, Buchanan J:  Precision of prehospital diazepam dosing for
      children in status epilepticus.  Prehospital Emerg Care 1998;2(3):232.

16.   Marino AT, Vilke GM, Chan TC, Buchanan J:  Comparison of prehospital IV and rectal
      diazepam for the treatment of pediatric seizures.  Prehospital Emerg Care 1998;2(3):233.

17.   Vilke GM, Chan TC, Buchanan J, Dunford JV:  Are opiate overdose deaths related to patient
      release after prehospital naloxone?  Prehospital Emerg Care 1998;2(3):236.

18.   Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient
      release after naloxone?  Ann Emerg Med 1998;32(3)Part 2:S6.

19.   Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR:  Effects
      of cervical spine immobilization technique and laryngoscope blade selection on an unstable
      cervical spine injury in a cadaver model of intubation.  Ann Emerg Med 1998;32(3)Part
      2:S13.

20.   Marino AT, Chan TC, Buchanan J, Vilke GM:  Precision of prehospital diazepam dosing for
      children in status epilepticus.  Ann Emerg Med 1998;32(3)Part 2:S30.

21.   Marino AT, Vilke GM, Buchanan J, Chan TC:  Comparison of prehospital intravenous and
      rectal diazepam for the treatment of pediatric seizures.  Ann Emerg Med 1998;32(3)Part 2:S30.

22.   Davis D, Bramwell K, Hamilton R, Chan T, Vilke G:  The fresh-frozen cadaver free-larynx
      model for cricothyrotomy training.  Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23.   Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P:  Rapid sequence induction
      intubation of trauma patients in the prehospital versus hospital setting.  Ann Emerg Med 1998;
      32(3)Part 2:S50.

24.   Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM:  Comparison of Melcker
      cricothyrotomy versus standard technique in human cadaver model.  Ann Emerg Med 1998;
      32(3)Part 2:S50-S51.

25.   Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does the syringe esophageal
      detector device accurately detect an esophageal intubation following gastric distention from
      air insufflation?  Ann Emerg Med 1998;32(3)Part 2:S51.

26.   Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does a complete neurologic
      examination adequately screen for significant intracranial abnormalities in minor head injury?
      J Emerg Med 1998;16(5):804.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Abstracts

27.   Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does GCS score affect prehospital intubation success rates in trauma patients?  J Emerg Med 1998;16(5):804-805.

28.   Vilke GM, Chan TC, Guss DA:   Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15.  J Emerg Med 1998;16(6):984.

29.   Chan TC, Vilke GM, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  Prehospital Emerg Care 1999;3(1):83-84.

30.   Vilke GM, Chan TC:  Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice.  Prehospital Emerg Care 1999;3(1):90.

31.   Marino A, Vilke GM, Chan TC:  Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights.  Prehospital Emerg Care 1999;3(1):92.

32.   Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM:  Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models.  Acad Emerg Med 1999;6(5):514.

33.   Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D:  Using ultrasound to visualize and confirm endotracheal intubation.  Acad Emerg Med 1999;6(5):515.

34.   Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC:  Lidocaine administration through an esophageally placed Combitube in a canine model.  Acad Emerg Med 1999;6(5):519-520.

35.   Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  Acad Emerg Med 1999;6(5):520.

36.   Vilke GM, Marino A, Iskander J, Chan TC:  Knowledge of prescribed medications by emergency department patients.  Acad Emerg Med 1999;6(5):539.

37.   Davis D, Marino A, Vilke G, Dunford J, Videen J:  Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon.  Ann Emerg Med 1999;34(4)Part 2: S40-S41.

38.   Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2000;4(1):90.

39.   Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures.  Prehosp Emerg Care 2000; 4(1):92.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Abstracts

40.   Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back. Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41.   Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42.   Vilke GM, Marino A, Chan TC:  Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43.   Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

44.   Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

45.   Wold RM, Davis DP, Patel R, Chan TC, Vilke GM:  Original clinical decision guideline to identify patients with spinal epidural abscess.  Acad Emerg Med 2000;7(5):574-575.

46.   Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47.   Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  J Emerg Med 2001;20(3):321.

48.   Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

49.   Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV:  Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics.  Acad Emerg Med 2001;8(5):486.

50.   Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Acad Emerg Med 2001;8(5):500.

51.   Vilke GM, Simmons C, Brown L, Skogland P, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  Acad Emerg Med 2001;8(5):526.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

53. Cardall TY, Glasser JL, Davis D, Vilke GM:  Cricothyrotomy training in emergency medicine residencies.  Ann Emerg Med 2001;38(4):S9.

54. Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals.  Ann Emerg Med 2001;38(4):S33.

55. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Prehosp Emerg Care 2002;6(1):144.

56. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on emergency 911 transports from a county jail.  Prehosp Emerg Care 2002;6(1):162.

57. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(1):164.

58. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  Prehosp Emerg Care 2002;6(1):165.

59. Jin AS, Chan T, Davis D, Vilke G:  Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia.  Acad Emerg Med 2002;9(5):381-382.

60. Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments.  Acad Emerg Med 2002;9(5):389.

61. Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM:  Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED?  Acad Emerg Med 2002;9(5):407.

62. Glasser JL, Cardall TY, Podboy M, Vilke GM:  Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider.  Acad Emerg Med 2002;9(5):422-423.

63. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM:  Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department?  Ann Emerg Med 2002;40(4):S7-S8.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

64.   Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G:  The clinical presentation and outcome of emergency department patients with spinal epidural abscess.  Ann Emerg Med 2002;40(4): S103.

65.   Vilke GM, Loh A:  A prospective study of minimizing ambulance diversion and its effects on emergency department census and hospital admissions.  Prehosp Emerg Med 2003;7(1):171.

66.   Buono C, Vilke GM, Schwartz B, Brown L, Swabb C:  Identifying reasons for and outcomes of patients who access 9-1-1, then sign out against medical advice.  Prehosp Emerg Med 2003;7(1):172.

67.   Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport.  Prehosp Emerg Med 2003;7(1):190.

68.   Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  prospective countywide trial to decrease ambulance diversion hours.  Acad Emerg Med 2003;10(5):465.

69.   Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM:  The use of risk factor assessment to screen for spinal epidural abcess in emergency department patients with spine pain.  Acad Emerg Med 2003;10(5):569.

70.   Chan TC, Kelso D, Dunford JV, Vilke GM:  Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department?  Acad Emerg Med 2003;10(5):515.

71.   Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  The effect of decreasing ambulance diversion hours on emergency department interfacility transfers.  Ann Emerg Med 2003;42(4):S6.

72.   Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients.  Ann Emerg Med 2003;42(4):S2.

73.   Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM:  Does weight force during physical restraint cause respiratory compromise?  Ann Emerg Med 2003;42(4):S17.

74.   Davis D, Grossman K, Vilke G, Kiggins D, Chan TC:  Inadvertent anticoagulation of emergency department patients with aortic dissection.  Ann Emerg Med 2003;42(4):S99.

75.   Vilke GM, Wiesner C, Davis DP, Chan TC:  The efficacy of adding ipratropium bromide to albuterol for the prehospital treatment of reactive airways disease.  Prehosp Emerg Care 2004; 8(1):112.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

76.   Vilke GM, Vadeboncoeur T, Davis DP, Poste JC, Ochs M, Hoyt DB:  The predictive value of paramedic assessment of aspiration in patients undergoing RSI.  Prehosp Emerg Care 2004; 8(1):88-89.

77.   Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T:  Community trial to decrease ambulance diversion of patients and hours.  Prehosp Emerg Care 2004;8(1):84.

78.   Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA:  Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay.  Acad Emerg Med 2004;11(5):485.

79.   Davis DP, Vadeboncoeur TF, Poste JC, Vilke GM, Ochs M, Hoyt DB:  The use of field Glasgow coma scale to screen severely head-injured patients to undergo paramedic rapid sequence intubation.  Acad Emerg Med 2004;11(5):492.

80.   Patel RJ, Davis D, Vilke GM, Chan TC:  Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy.  Acad Emerg Med 2004;11(5):522.

80.   Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system.  Acad Emerg Med 2004;11(5):604.

82.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Cricothyrotomies by air medical providers in 2853 patient intubations.  Air Med J 2004;23(5):33.

83.   Davis D, Buono C, Vilke G, Sise M, Eastman B, Kennedy F, Vilke T, Hoyt D:  The efficacy of air medical response to patients with moderate to severe traumatic brain injury.  Air Med J 2004;23(5):31.

84.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Laryngoscopic visualization grade predicts difficult intubations by air medical crews in the prehospital setting.  Air Med J 2004;23(5):30.

85.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Success and failure rates of RSI versus non-RSI intubations by air medical providers in 2853 patients.  Air Med J 2004; 23(5):30.

86.   Metz M, Marcotte A, Vilke GM:  The effect of decreasing ambulance diversion hours on ed interfacility transfers.  J Emerg Nurs 2004;30(5):411.

87.   Metz M, Murrin P, Vilke GM:  Community trial to decrease ambulance diversion hours: the San Diego county patient destination trial.  J Emerg Nurs 2004;30(5):410.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

88. Metz M, Murrin P, Vilke GM:  The three-phase EMS cardiac arrest model for ventricular fibrillation. J Emerg Nurs 2004;30(5):405.

89. Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC:  Impact of a new booster seat law.  Ann Emerg Med 2004;44(4):S39-S40.

90. Vilke GM, Marcotte A, Metz M, Upledger Ray L:  Pain management in the out-of-hospital setting.  Ann Emerg Med 2004;44(4):S63.

91. Vilke GM, Murrin PA, Marcotte A, Upledger RL:  Impact of the San Diego County firestorm on emergency medical services.  Ann Emerg Med 2004;44(4):S102-S103.

92. Davis DP, Pettit K, Poste JC, Vilke GM:  The efficacy of out-of-hospital needle and tube thoracostomy in major trauma victims.  Ann Emerg Med 2004;44(4):S103.

93. Buono CJ, Davis DP, Vilke GM, Stepanski B.  Esophageal Intubation in an EMS system: a six-year experience.  Prehosp Emerg Care 2005; 9(1):113.

94. Dunford JV, Vilke GM, Chan TC.  Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

95. Davis DP, Serrano JA, Buono CJ, Vilke GM, Sise MJ, Hoyt DB.  The predictive value of field and arrival Glasgow coma score in moderate-to-severe brain injury.  Prehosp Emerg Care 2005; 9(1):124.

96. Vilke GM, Castillo EM, Upledger-Ray L, Davis DP, Murrin PA, Kennedy F, Cox S, Coimbra R.  Evaluation of paramedic field triage of injured patients to trauma centers and emergency departments.  Prehosp Emerg Care 2005; 9(1):125.

97. Vilke GM, Harley J, Metz M, Stepanski B, Vroman D, Anderson M, Shipp H.  Paramedic self-reported medication errors in an anonymous survey.  Prehosp Emerg Care 2005; 9(1):127.

98. Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism.  Acad Emerg Med 2005;12(5):41.

99. Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during physical restraint cause respiratory compromise?  Acad Emerg Med 2005;12(5):16.

100. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects exposed to the Taser.  Acad Emerg Med 2005;12(5):71.

101. Davis DP, Buono C, Serrano J, Vilke GM, Sise MJ, Hoyt DB.  The impact of hyper- and hypoventilation on outcome in traumatic brain injury.  Acad Emerg Med 2005;12(5):138-139.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

102.  Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J:
The potential safety of designated cardiac arrest receiving facilities.  Ann Emerg Med
2005;46(3):S17.

103.  Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA:  Accelerated care at triage: Physician-
directed ancillary testing at triage for patients waiting in an emergency department.  Ann
Emerg Med 2005;46(3):S107-S108.

104.  Lev R, Vilke G, Dunford J:  San Diego Regional STEMI Summit.  San Diego Physician.
2005;4:11-13.

105.  Davis D, Reynoso J, Harley J, Kanegaye J, Buono C, Vilke G:  The natural history of
pediatric patients meeting criteria for paramedic intraosseous catheter insertion.  Prehosp
Emerg Care 2006;10(1):110.

106.  Davis D, Ramanujam P, Buono C, Vilke G:  The sensitivity of capnometry to detect
endotracheal intubation:  Where should we draw the line?  Prehosp Emerg Care 2006;
10(1):118.

107.  Levine S, Sloane C, Chan T, Dunford J, Vilke G:  Cardiac monitoring of subjects exposed to
the Taser.  Prehosp Emerg Care 2006;10(1):130.

108.  Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J:  Cardiac monitoring of human
subjects exposed to the taser.  Acad Emerg Med 2006;13(5 Supp 1):S47.

109.  Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC:  Evaluation of deaths associated with
choking.  Acad Emerg Med 2006;13(5 Supp 1):S49.

110.  Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F:  Does physical
restraint impact metabolic oxygen consumption during exertion?  Acad Emerg Med 2006;
13(5 Supp 1):S46.

111.  Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV:  Decrease of health
care service utilization among chronic public inebriates.  Acad Emerg Med 2006;13
(5 Supp 1):S105-106.

112.  Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC:
Evaluation of in-custody deaths proximal to use of conductive energy devices.  Ann Emerg
Med 2006;48(4 Supp 1):S23-S24.

113.  Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM:  Evaluating the use and timing of
opioids for the treatment of migraine headaches in the ED.  Ann Emerg Med 2006;48
(4 Supp 1):S59-S60.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

114. Davis D, Salazar A, Vilke G, Chan T:  The utility of a novel decision rule to diagnose spidal epidural abscess in ED patients with back pain.  Ann Emerg Med 2006;48(4 Supp 1):S66.

115. Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L:  Wireless computerized rapid triage in the field:  How well does technology perform during mass casualty incidents and disaster events?  Ann Emerg Med 2006;48(4 Supp 1):S69.

116. Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC:  San Diego County patient destination trial to decrease ambulance division hours: Three year follow-up.  Ann Emerg Med 2006;48(4 Supp 1):S90.

117. Graydon C, Wilson S, Leahy D, Berthiaume S, Buesch B, Stein R, Vilke G, Davis D:  The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead ECG.  Prehosp Emerg Care 2006;10(1):116.

118. Ramanujam P, Stepanski B, Smith A, Upledger-Ray L, Vilke GM.  Impact of a state booster seat law on compliance in pediatric traffic crash victims.  Ann Emerg Med 2006; 48(4 Supp 1):S56.

119. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  Med Sci Sports Exerc 2006;38(5) Suppl:S452-S453.

120. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F.  The impact of the taser weapon on respiratory and ventilatory function in human subjects.  Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

121. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L.  Does wireless technology improve patient tracking in mass casualty incidents?  Acad Emerg Med 2007; 14(5 Suppl 1): S190.

122. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T.  Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects?  Acad Emerg Med 2007; 14(5 Suppl 1): S104.

123. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T.  Cardiovascular and metabolic effects of the taser on human subjects.  Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

124. Sloane C, Vilke G, Chan T, Levine S, Dunford J.  Serum troponin I measurement of subjects exposed to the taser x-26.  Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

125.   Bouton KD, Vilke GM, Chan TC, Sloane C, Levine S, Neuman TS, Levy SS, Kolkhorst FW. Physiological effects of a five second Taser exposure. Med Sci Sports Exerc 2007;39(5 Suppl):S323.

126.   Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM.  Can Urine Dipstick and Brief Questionnaire Predict Abnormal Serum Creatinine in Emergency Department Patients?  Ann Emerg Med 2007; 50(3):S24.

127.   Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007; 50(3):S55.

128.   Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of Electronic Medication Reconciliation on Triage Times for Patients Seen in the Emergency Department. Ann Emerg Med 2007; 50(3):S71.

129.   Marsan Jr RJ, Vilke GM, Chan TC, Davis DP, Stepanski BM. Description and Efficacy of Treatment of Hemodynamically Significant Bradycardia in a Large, Urban, Pacing-capable EMS System. Ann Emerg Med 2007; 50(3):S80.

130.   Chan TC, Killeen JP, Castillo EM, Vilke GM, Kennedy S, FeinbergR, Guss DA. Impact of an internet based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1): S104.

131.   Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC. Crossover-controlled human study of the physiologic effects of the Taser after vigorous exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

132.   Vilke GM, Chan TC, Killeen JP, Castillo EM.  Impact of psychiatric patient holds in the emergency department on overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1): S221.

133.   Barnard AC, Sloane C, Vilke GM, Chan TC, Neuman TS, Kolkhorst FW. Physiological effects of TASER X-26 after intense exercise.  Med and Sci in Sports and Exercise 2008; 40(Suppl 5): S475.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

ORAL PRESENTATIONS AT NATIONAL MEETINGS:

1.  Chan TC, Buchanan J, Anderson M, Vilke GM:  Patient ethnicity and age in prehospital
    emergency ambulance use and acuity rates.  NAEMSP Mid-Year Meeting, Lake Tahoe,
    Nevada; July 1998.

2.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient
    release after naloxone?  ACEP Research Forum, San Diego, California; October 1998.

3.  Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR:  The effects of
    cervical spine immobilization on technique and laryngoscope blade selection on an unstable
    cervical spine injury in a cadaver model of intubation.  ACEP Research Forum, San Diego,
    California; October 1998.

4.  Vilke GM, Chan TC, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess
    regional automobile safety restraint use.  NAEMSP Annual Meeting, Marcos Island, Florida;
    January 1999.

5.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air
    insufflation affect the accuracy of the syringe esophageal detector device in detecting
    esophageal intubation?  SAEM Western Regional Research Forum, Redondo Beach,
    California; March 1999.

6.  Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence
    intubation may be associated with a dose-related increase in hypotension.  NAEMSP Annual
    Meeting, Dana Point, California; January 2000.

7.  Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate
    of prehospital midazolam for the treatment of pediatric seizures.  NAEMSP Annual Meeting,
    Dana Point, California; January 2000.

8.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Effect of weight placed on the back of
    subjects in the hobble restraint position.  American Academy of Forensic Sciences Annual
    Meeting, Reno, Nevada; February 2000.

9.  Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin capsicum
    spray inhalation on pulmonary and respiratory function.  SAEM Western Regional Research
    Forum, Portland, Oregon; April 2000.

10. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV:  Outcome of out-of-hospital refusal
    of paramedic transport by parents of pediatric patients.  State of California EMS Authority
    EMS for Children Annual Conference, San Diego, California; November 2000.

11. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of
    nitroglycerine on EKG findings in patients with chest pain.  American Academy of
    Emergency Medicine Annual Conference, Orlando, Florida; March 2001.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

12.   Vilke GM, Steen PJ, Smith AM, Chan TC:  Pediatric intubation by paramedics:  The San Diego
        County experience.  SAEM Western Regional Research Forum, Irvine, California; March 2001.

13.   Davis DP, Ochs M, Hoyt DB, Dunford JV, Vilke GM:  The use of the Combitube as a salvage
        airway device for paramedic RSI.  SAEM Western Regional Research Forum, Irvine,
        California; March 2001.

14.   Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless
        outreach team.  SAEM Annual Meeting, Atlanta, Georgia; May 2001.

15.   Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless
        outreach team.  CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001.
        (Won Award for Best Oral Presentation)

16.   Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G:  The use of the Combitube as a
        salvage airway device for paramedic rapid sequence induction.  NAEMSP Annual Meeting,
        Tucson, Arizona; January 2002.

17.   Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  Prospective countywide
        trial to decrease ambulance diversion hours.  SAEM Western Regional Meeting, Scottsdale,
        Arizona; April 2003.

18.   Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  Prospective countywide trial to
        decrease ambulance diversion hours.  SAEM Annual Meeting, Boston, Massachusetts,
        May 2003.

19.   Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  San Diego County
        improved patient destination trial to decrease emergency department diversion hours and
        diverted patients.  American College of Emergency Physicians Research Forum, Boston,
        Massachusetts; October 2003.

20.   Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T:  Community trial to decrease
        ambulance diversion of patients and hours.  NAEMSP National Conference, Tucson, Arizona;
        January 2004.

21.   Marcelyn Metz, Patricia Murrin, Gary M. Vilke:  The three-phase EMS cardiac arrest model
        for ventricular fibrillation.  ENA Annual Meeting; San Diego, California; October 2004.

22.   Michalewicz, BA, TC Chan, GM Vilke, SS Levy, TS Neuman, and FW Kolkhorst:
        Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.
        American College of Sports Medicine Annual Meeting, Denver, CO; June 2006.  [*Medicine
        and Science in Sports and Exercise* 38(5 Supplement), 2006].

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


SELECTED SPEAKING ENGAGEMENTS:

1.  "Death of a Child: How to Treat the Survivors" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; April 1996.

2.  "Assessing GCS and the Field Neurologic Exam" -- Palomar College Paramedic Training; June 1998.

3.  "Prehospital Shock"; "Management of the Field Trauma Patient" -- Mercy Air, Ventura County Lecture Series; August 1998.

4.  "ER: Not Just a Television Show, But a Field of Research" -- Howard Hughes Foundation Lecture Series, University of California, San Diego; November 1998.

5.  "Multi-Casualty  Incident" -- UCSD Medical Center Trauma Conference; March 1999.

6.  "Managing the Prehospital Multi-Casualty Incident" -- Southwestern College Paramedic Training Institute; May 1999.

7.  "Aeromedical Transport: The Past and Current Environment" -- Trauma Morbidity and Mortality Conference, Children's Hospital, San Diego, California; July 1999.

8.  "Altitude Medicine"; "Carbon Monoxide Poisoning and Treatment Options"; "Aeromedical Transport Options"; "Emergent Airway Management Options" -- Rural Emergency Medicine Conference, Jackson Hole, Wyoming; August 1999.

9.  "Abdominal and Chest Trauma in Sports" -- First Annual San Diego County Athletic Coaches Workshop, San Diego, California; June 2000.

10. "Tabletop Discussion on Chemical Weapon of Mass Destruction" -- Facilitator of Tabletop Training for San Diego County Metropolitan Medical Strike Team; July 2000.

11. "Pediatric IV Access"; "Spinal Immobilization"; "Children with Special Health Care Needs"; "Cardiovascular Emergencies" -- American Academy of Pediatrics Pediatric Education for Prehospital Professionals Conference, San Diego, California; November 2000.

12. "New Frontiers in Field Management of Pediatric Status Epilepticus" -- State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

13. "EMS Medical Control: Avoiding your Day in Court" -- ACEP's Emergency Medicine Connection Conference, San Diego, California; March 2001.

14. "Pediatric Intubations by Paramedics" -- San Diego Chapter of the Committee on Pediatric Emergency Medicine; April 2001.

15. "Warfare and Terrorism: A Review of Chemical Agents -- San Diego County Metropolitan Medical Strike Team Training; August 2001.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM


SELECTED SPEAKING ENGAGEMENTS, continued:

16. "Bioterrorism and San Diego County" -- Council of Community Clinics Meeting;
    October 2001.

17. "Bioterrorism and San Diego County Readiness" -- CTN interview with Bill Horn;
    October 2001.

18. "Future of Prehospital Care" -- Keynote Speaker, Southwestern Paramedic College
    Graduation; November 2001.

19. "Biological Agents for Terrorism" -- San Diego County Metropolitan Medical Strike Team
    Training; November 2001.

20. "Clinical Aspects of Bioterrorist Agents" -- Palomar Paramedic College; November 2001.

21. "Clinical Aspects of Bioterrorism" -- Grand Rounds, Fallbrook Hospital; January 2002.

22. "Bioterrorism and San Diego County Readiness" -- Poway Town Hall Meeting; January 2002.

23. "Bioterrorist Preparedness" -- National Medical Association, San Diego County; January 2002.

24. "Chemical Agents of Terrorism: Diagnosis and Treatment" -- Topics and Advances in
    Internal Medicine, San Diego, California; March 2002.

25. "Bioterrorism:  Implications for the Legal and Domestic Community" -- Thomas Jefferson
    School of Law, San Diego, California; April 2002.

26. "Prehospital Management of Pediatric Seizures" -- EMS-Children Annual Conference;
    San Diego, California; November 2002.

27. "Paramedicine – Past, Present and Future" -- Keynote Speaker, Southwestern Paramedic
    College Graduation; San Diego, California; December 2002.

28. "Medical Group Preparedness: How would you Respond to a Possible Victim of
    Bioterrorism?" -- Bioterrorism Preparedness Training Conference; San Diego California;
    January 2003.

29. "Update on Bioterrorism" -- The Western States Winter Conference on Emergency Medicine;
    Park City, Utah; January 2003.

30. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health
    Information Association, San Diego, California; February 11, 2003.

32. "Blast and Radiological Injuries: Myths and Realities" -- San Diego County Metropolitan
    Medical Strike Team Training; San Diego, California; August 2003.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

SELECTED SPEAKING ENGAGEMENTS, continued:

33. "Clinical Aspects of Bioterroism" -- American Correctional Health Services Association, California and Nevada Chapter Annual Conference, San Diego, California; September 2003.

34. "Bioterrorism" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2003.

35. "Prehospital Pediatric Airway Obstruction" – Children's Hospital Grand Rounds, San Diego, California; July 2004.

36. "Future of Healthcare in San Diego: Trends Impacting our Delivery System" -- San Diego Organization of Healthcare Leaders, San Diego, California; August 2004.

36. "Firestorm 2003" -- Children's Hospital Grand Rounds, San Diego, California; January 2004.

37. "EMS research: Unique ethical and regulatory issues" -- Applied Research Ethics National Association Annual meeting, San Diego, California; October 2004.

38. "What happens when you call 911?" -- San Diego Sports Medicine Foundation, San Diego, California; October 2004.

39. "Making the Metropolitan Medical Response System Work for You" -- Emergency Response 2004 Conference, San Diego, California; November 2004.

40. "San Diego County Emergency Department Ambulance Bypass - Past, Present, Future" -- Urgent Matters Briefing, San Diego, California; November 2004.

41. "San Diego County Emergency Department Ambulance Bypass - Past, Present, and Future" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

42. "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

43. "Conducted Energy Devices – Medical Updates and Issues" -- Police Executive Research Forum, Houston, Texas; October 18, 2005.

44. "Conducted Energy Devices Proximity Deaths and Medical Response" -- 2005 Critical Issues in Policing Series, Police Executive Research Forum, San Diego, California; December 8, 2005.

45. "Conductive Electrical Devices (Tasers®) and Patients with Excited Delirium for Law Enforcement and Emergency Medical Personnel" -- The U.S. Metropolitan Municipalities EMS Medical Directors Annual Meeting, Dallas, Texas; February 16, 2006.

46. "Tasers and Sudden Death" -- Keynote speaker at One Day Symposium on In-Custody Deaths by the Florida Sheriffs Association, Orlando, Florida; June 1, 2006.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

SELECTED SPEAKING ENGAGEMENTS, continued:

47.  "Medical Aspects of the Use of Force Continuum" -- Department of Justice Community
     Oriented Policing Services (COPS) Conference, Washington, DC; July 29, 2006.

48.  "Resuscitation Outcomes Consortium" -- 7th Annual University of California Neurotrauma
     Meeting, Carmel, California; August 3, 2006.

49.  "Use of Force:  Sudden Death Myths and Excited Delirium" -- The Commission of
     Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working
     Group Meeting, Washington, DC; September 10, 2006.

50.  "Police In-Custody Deaths and the Taser Controversy" -- UCSD/SDSU General Preventive
     Medicine Residency Lecture Series, La Jolla, California; September 2006.

51.  "Conductive Energy Devices:  The medical aspects of Taser Electronic Control Devices
     (ECDs) and other Energy Devices" – Sudden Death, Excited Delirium and In-Custody Death
     Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada;
     November 16-17, 2006.

52.  "Cardiac, Respiratory and Metabolic Effects of EMD" – Study of Deaths Following Electro
     Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice.
     Washington D.C.; January 9, 2007.

53.  "The Medical Implications of Tasers and the Impact on EMS " – National Association of
     EMS Physicians National Conference.  Naples, FL; January 12, 2007.

54.  "Excited Delirium" - Solutions For Corrections Seminar for the California State Sheriff's
     Association.  Ontario, CA; February 7, 2007.

55.  "Excited delirium, positional asphyxia and restraint" -- EMS Today Conference, Baltimore,
     Maryland; March 10, 2007.

56.  "Medical implications of Tasers and other Conductive Energy Devices" -- EMS Today
     Conference, Baltimore, Maryland; March 10, 2007.

57.  "Excited Delirium" -- American Correctional Health Services Association, Oakland,
     California; September 19, 2007.

58.  "Human Physiologic Effects of Tasers" – Study of Deaths Following Electro Muscular
     Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice.
     Washington D.C.; September 27, 2007.

59.  "The clinical impacts of TASER and other Conductive Energy Devices on Humans:  A Review
     of the latest Medical Research" – Sudden Death, Excited Delirium and In-Custody Death
     Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada;
     November 28-30, 2007.

Curriculum Vitae
Gary M. Vilke, M.D., FACEP, FAAEM

SELECTED SPEAKING ENGAGEMENTS, continued:

60. "Physiological Effects of Tasers" – The City Council of Miami-Dade. Miami, Florida; January 17, 2008.

61. "Excited Delirium: What is it? Why does it kill?  What do we need to know about it?  Western States Winter Conference on Emergency Medicine.  Park City, Utah, February 8, 2008.

62. "Medical Effects of Tasers" – The City Council of Houston. Houston, Texas; March 10, 2008.

63. "Less Lethal Weapons" - Emergency Nurses Association, San Diego Chapter.  San Diego, California; April 18, 2008.

64. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans and Why People Die Afterwards" -- American Correctional Health Services Association, San Diego, California; September 17, 2008.

65. "Police In-Custody Deaths and Excited Delirium" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2008.

66. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; October 29, 2008.

Re:     Civil Action No. 1:08-CV-122
        Rosa Montes Ramos, et. al. v. Omar Lucio, et. al.
        U.S.D.C. – Southern District of Texas, Brownsville Division

# ATTACHMENT "B"

# FEE SCHEDULE
# GARY MICHAEL VILKE, M.D., FACEP, FAAEM

# *Gary Michael Vilke, MD, FACEP, FAAEM*

*11279 Breckenridge Way*
*San Diego, California 92131*
*(858) 653-5292*

*SS#█████9428*

**Fee Schedule**

FEE SCHEDULE
For review, research, report writing and discussion of case materials: 450.00/ hour
A retainer of up to 3 hours may be requested in advance.

For deposition and trial testimony: 500.00/hour
Deposition and trial testimony will be billed at a half day (4 hour) minimum.
Deposition preparation time will be billed at the standard 450.00/hour rate.

TRAVEL
*If travel out of county (defined as more than 100 miles) for deposition or trial is required:*

Business class airline tickets to and from to be arranged and paid for by the requesting firm/agency.

Hotel accommodations to be arranged and paid for by the requesting firm/agency.

Transportation to and from the airport in the host city will be arranged and be paid for by the requesting firm/agency.

Time for travel will be billed at the standard review rate up to 4 hours each direction. The time starts at departure from home until arrival in host city, and from departure from host city until arrival home.

*If travel is within the county (defined as less than 100 miles) for deposition or trial is required:*

Time for travel will be billed at the standard review rate up to 2 hours each direction. The time starts at departure from home until arrival at the depo/trial site, and from departure until arrival home.

If an additional day (non-travel, non-trial or deposition) is required out of town, billing will be for 4 hours at the standard review rate for that day.

Re:     Civil Action No. 1:08-CV-122
        Rosa Montes Ramos, et. al. v. Omar Lucio, et. al.
        U.S.D.C. – Southern District of Texas, Brownsville Division

# ATTACHMENT "C"

# FED. R. CIV. P. 26(a)(2)(B) REPORT
## GARY MICHAEL VILKE, M.D., FACEP, FAAEM

*Gary M. Vilke, M.D., FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(858) 653-5292*

November 14, 2008

Alberto Lopez
Law Offices of Albert Lopez
14310 Northbrook Drive, Suite 110
San Antonio, TX  78232

RE :   Rosa Montes Ramos, et al v. Omar Lucio, Cameron County Sheriff, et al
 Civil Action No. M 08-11

Dear Mr. Lopez:

As per your request, I have reviewed the following materials from the above referenced case.  This includes, but is not limited to:

EMS patient care report from South Texas Emergency Care
Emergency outpatient record from Valley Baptist Medical Center
Patient expiration record
Autopsy report
Deposition of Isaac Flores
Deposition of Deputy Sheriff Juan Cortez
Deposition of Deputy Sheriff Oswaldo Garcia
Deposition of Maria Elena Hernandez
Deposition of Deputy Sheriff Robert Oyervidez
Deposition of Rosa Ramos
Deposition of Lt. Deputy Sheriff Raul Rodriguez
Deposition of Sgt. Deputy Constable Refugio Perez, Jr.
Report of Dr. Ronald O'Halloran

After reviewing the material it appears that on January 27, 2006, deputies responded to a call in which Jose Ramos was acting out of control, was encountered, involved in and altercation with deputies and was handcuffed, restrained and suffered a cardiac arrest.  He was treated by paramedics and transferred to the emergency department, but ultimately died.   Given this history, there are a number of issues that need to be addressed in more detail.  All of the opinions given are with a reasonable degree of medical probability based on the information currently available.

**Use of the passive restraint and hobble restraint:**  Mr. Ramos was placed into handcuffs while positioned on his stomach for a period of time.  Two handcuffs were used to restrain him.  At some point, leg shackles were placed and the legs were held outstretched as Lt. Rodriguez stood on the shackles to keep the legs from kicking.  Mr. Ramos later was reported by some as having been placed into a hobble (or hogtie) restraint position, where his legs were pulled up and connected to his wrist cuffs.  Though there is some controversy among the witnesses as to whether the hobble was actually used, Mr. Ramos was reportedly only in this position for only a brief period of time before he was noted to not be breathing.  Whether or not he was hobbled is truly irrelevant, as there are no studies, clinical findings in this case or previous case reports that support that any variation of restraining a handcuffed individual with hands behind his back or in the hobble position will impede one's ability to ventilate and cause positional asphyxia.  Having the subject on his stomach in the prone and hobble position is considered physiologically neutral.  Mr. Ramos did not suffer from positional asphyxia nor did the restraint have any contributing component to his demise.  There is scientific basis for this opinion in that research has been performed that shows that the hogtie position should be considered physiologically neutral and does not cause asphyxiation. (Appendix A, references 1, 3, 4). And in fact, the original work by Dr. Reay, who published the only scientific work in the forensic literature to originally support that hogtie causes asphyxiation, later recanted his position based on our scientific research methodology(ref 1) and also reported that the hogtie position is physiologically neutral and in and of itself does not cause positional asphyxia.

**Weight force on the back during restraint:** During the period that Mr. Ramos was being handcuffed, he was restrained in a prone position and possibly the hobble position, a certain amount of weight force was intermittently being placed on his back maintain him in a safe place.  One witness reported two deputies putting weight on the upper body and two with weight on the lower body. Mr. Ramos was making noises and fighting with his legs without any evidence of respiratory or ventilatory difficulty during this time period.  He was reported to be moving and resisting during this period.  Some witnesses reported that he complained of difficulty breathing at one point.  He was then placed on his side and was tried to be calmed by talking, obviously with the weight that was on the back being removed.

Given that Mr. Ramos was clearly alive and fighting during the short period of restraint and minimal weight force, and that the cardiac arrest was sudden, as well as there were no findings or changes consistent with asphyxiation on autopsy, the weight force on the back did not cause Mr. Ramos' death.  Though weight force on the back has been shown to cause some mild changes in ventilation, the scientific data show that there are no clinically significant changes in subjects with up to 220 lbs of weight on the back and weight does not cause a person to have carbon dioxide rise to above normal levels by ventilatory failure, nor have oxygen levels fall.  These are the findings one would expect to see in restraint asphyxia from weight placed on the back.(Appendix A, reference 5, 6)

**OC spray exposure:**  Although the Mr. Ramos was exposed to OC spray from Deputy Cortez, there are no findings that this exposure was a contributing factor in the death. Mr.

Ramos did not even demonstrate the typical symptoms of burning eyes and runny nose that is usually seen after exposure to OC spray.  Coughing is also a common finding with OC exposure; however this was not specifically reported.  Shortness of breath associated with allergic reactions or reactive airway exacerbations have been reported with OC spray, similar to an allergic reaction a person would have to a cat or serious pollen allergy.  When these types of reactions occur with OC spray, they occur almost immediately after exposure and have physical findings of wheezing and bronchospasm.  Acute anaphylactic reactions typically occur rapidly at the time of the exposure and are obvious.  This was not the case with Mr. Ramos. Autopsy findings also support that there no changes consistent with an allergic reaction or bronchospasm as a cause of death.  The OC exposure was non-contributory to Mr. Ramos' death.

**Blunt force trauma:**  Autopsy findings demonstrate that Mr. Ramos was subjected to blunt force trauma to several regions of his body.  Some of injuries obviously occurred after Mr. Ramos came at Deputy Cortez and started an altercation.  Some injuries certainly could have even predated the officers' involvement due to his aggressive behavior from his cocaine and alcohol intoxication, like falling or self inflicted injuries.  Nonetheless, despite being unable to determine specifically the mechanism from which each of the individual lacerations and bruises were acquired, none of these blunt force injuries had a contributing effect to the death of Mr. Ramos.

**Cause of death:**  So after reviewing what was non-contributory to the death of Mr. Ramos, it is also critical to identify why this middle aged male suddenly died.

During the time of his arrest, Mr. Ramos was exhibiting signs consistent with excited delirium.  In his case, the excited delirium, also known as agitated delirium, was caused by his cocaine use.  Excited delirium is a syndrome most commonly caused by use of stimulant drugs like cocaine, methamphetamine or PCP and presents typically with aggressive and often paranoid behavior, but can also be caused by uncontrolled behavioral or psychiatric illnesses. Classically, people suffering from excited delirium are delusional, are hyperactive, may be violent, and are often breathing fast.  Mr. Ramos was reported as "going room to room and imagining that someone was following him."  He also did not make sense when he talked and did not acknowledge or respond to police or his mother-in-law.  They classically have an elevated temperature, as Mr. Ramos did (102 degrees), and often go into asystole upon cardiac arrest, as did Mr. Ramos.

Excited delirium places the individual at increased risk for sudden death syndrome, felt by most experts to be caused by an irregular heartbeat or asystole (flatline), caused by the increased stress and work on the heart by the excited, over-stimulated, agitated physical state.  Once the heart goes into flatline, blood flow through the body ceases and shortly thereafter, the subject will lose consciousness due to lack of blood flow to the brain and then stop breathing.   Often, law enforcement officers will notice that the subject has finally quieted down, no longer yelling and struggling, thinking that he has finally calmed down and given up the fight.  Then a short time later is when someone will identify that the subject is suddenly in cardiac arrest.  This is how Mr. Ramos presented and, in this case the change in status was promptly noted and appropriately addressed at scene.

Mr. Ramos had cardiomegaly or an enlargement of the heart noted on his autopsy. This physical enlargement of the heart in and of itself can place an individual at increased risk for sudden cardiac arrest and death. Given the excited state and agitation of Mr. Ramos, his use of cocaine, along with his enlarged heart, he was a ticking time bomb at risk to go into cardiac arrest whether or not police were involved.

Sudden death from excited delirium has been documented to occur with subjects in restrained, prone, supine and even sitting positions. It has occurred with officers holding subjects down, or with no pressure being applied. The position or weight force does not appear to be the causative factors for the cardiac arrest, but rather the excited delirium state itself. Once a person goes into cardiac arrest from excited delirium, they are almost impossible to successfully resuscitate.

Dr. O'Halloran opines that the subject died from restraint asphyxia. He bases this opinion on the fact that Mr. Ramos stopped talking as some point, that he lost consciousness, that the officers had a knee or knees on his back, that there was a very slow respiratory rate and heart rate and that there is cyanosis when the medics evaluated the patient. These are the classic findings of a cardiac arrest, not asphyxia. In the emergency department, I have had people "code" right in front of me. They stop talking, they pass out, respiratory rates slow to just a few "pre-death" gasps of air and they turn blue from the chest up – often one of the earliest findings if the patient is not on a monitor. Trained nurses and physicians, let alone EMS providers, often "feel" a pulse that is not there when trying to assess, so the presence of a pulse in a cyanotic patient in cardiac arrest is not uncommon – but also not reality. Often it is called a phantom pulse. As Dr. O'Halloran noted, it takes minutes (2 to 5) of obstructed or impeded ventilation to cause loss of consciousness. Mr. Ramos was moving, breathing and had weight force adjusted throughout this brief event. There was no record of minutes of chest crushing or collapsing pressure being held on him without to breathe in and out. Probably the most important feature that was not addressed by Dr. O'Halloran, is that restraint asphyxia absolutely does not cause hyperthermia, an elevated temperature, in this case to 102 degrees.

Therefore, I disagree with Dr. O'Halloran and I agree with the Medical Examiner's report of the cause of death in this case in that Mr. Ramos died from excited delirium syndrome due to acute cocaine intoxication. Based on the clinical findings reported, as well as the autopsy findings recorded, there is no indication that Mr. Ramos died of asphyxiation. A dysrhythmic cardiac death from excited delirium would present suddenly, silently and have no findings noted on autopsy, all of which were the case with Mr. Ramos.

My background is that I am a full time faculty member in the department of emergency medicine at the University of California, San Diego Medical Center. I am residency trained and board certified in Emergency Medicine. I work full time as a practicing clinician in the Emergency Department of a busy urban hospital. I also work for the medical center as the Director of Custody Services for the San Diego County Sheriff's Department Jail Medical Service where I oversee direct patient care, interface between

the jail clinical staff and the hospital staff, and have been involved in the process of utilization review.

As a physician working at both the jail and in the emergency department that is contracted to care for incarcerated patients, I have evaluated hundreds of patients over the last ten years who have been restrained, been using drugs, and/or have had sudden cardiac arrests.  I have also cared for thousands of psychiatric patients with varying degrees of control of their diseases.  I have performed extensive research on subjects who have been restrained and restrained with weight on their backs.  This includes having restrained subjects hundreds of times utilizing police restraining techniques.  Given the frequency of use of this procedure by law enforcement and my own scientific research and interest on this topic, I regularly perform a complete review of the literature regarding restraint use and sudden death in custody.

Attached is a copy of my Curriculum Vitae, which includes a list of all publications authored by me over the previous ten years.  Appendix A includes a list of original scientific papers which I have authored that is applicable and relied on in part for the opinions which I offer in this case.  Appendix B is a list of all cases in which I have testified as an expert in trial or deposition within the preceding four years.  I have not referred to any other specific sources.  The knowledge base that I utilize has been developed over time from my years of training, clinical practice, reading and research.

Respectfully submitted,

/s/ Gary M. Vilke
Gary M. Vilke, M.D., FACEP, FAAEM
Professor of Clinical Medicine
Director, UCSD Custody Services
Director, Clinical Research for Emergency Medicine
University of California, San Diego Medical Center

## Appendix A

A list of original scientific papers which I have authored that is applicable and relied on in part for the opinions which I offer in this case.

1. Chan TC, Vilke GM, Neuman T, Clausen JL:  Restraint position and positional asphyxia.  Ann Emerg Med 1997;30(5):578-586.

2. Chan TC, Vilke GM, Neuman T:  Reexamination of custody restraint position and positional asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

3. Vilke GM, Chan TC, Neuman T, Clausen JL:  Spirometry in normal subjects in sitting, prone, and supine positions.  Respir Care 2000;45(4):407-410.

4. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report.  NCJ 182433.  Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

5. Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and respiratory function.  Am J Forensic Med Pathol 2004;25(3):185-189.

6. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  J Forensic Sci 2007;52(1):171-175.

**Appendix B**

**List of all cases in which testified as an expert in trial or deposition within the preceding four years**

**November 4, 2004 – Trial**
Elizabeth M. Acosta v.  City of San Diego et al
U.S. District Court, Southern District of California
Case # 01cv1973 l (JAH)

**December 17, 2004 - Deposition**
William A. Forsyth, Jr. and Ann Forsyth v. DeKalb Medical Center, Inc., et al
Civil Action File No. 00-1676-2

**January 7, 2005  – Deposition**
Monrell D. Murphy v. P.I. Terry, et al
U.S. District Court, Northern District of California
Case No. Co2-4023 VRW (PR)

**April 26, 2005 – Deposition**
Demus Rich and wife, Melba Rich v. City of Savannah, et al.
U.S. District Court
Case # 1-02-1222

**January 26, 2006 - Trial**
William A. Forsyth, Jr. and Ann Forsyth v. DeKalb Medical Center, Inc., et al
Civil Action File No. 00-1676-2

**September 14, 2006 – Deposition**
Dr. Benny O. Iko et al., v Jon P. Galley, et al
United States District Court for the District of Maryland, Greenbelt Division
Case No. DKC-04-3731

**January 25, 2007 – Deposition**
Abdel El-Emawy, individually and as personal representative of the estate of Afaf Abou-Zaid, Mohamed El-Emawy, individually, Ahmed El-Emawy, individually, Mahmoud El-Emawy, individually,Omar El-Emawy, individually v. William Abbott, MD, H. David Arredondo, MD and Markus Hamm, MD.
Second Judicial District Court
County of Bernalillo, State of New Mexico
Case No. CV 2005-06492

**July 10, 2007 – Deposition**
Kimberly Anne Baker et al. v. Children's Healthcare of Atlanta, Inc, et al
Superior Court, Oconee County, Georgia
Civil Action File No. 2004-CV-0303-J

**January 8, 2008 – Deposition**
Charles Reynolds, as personal representative of the estate of Melissa Trujillo, deceased,
et al v Cibola General Hospital and Robert Lutes, M.D.
Second Judicial District Court, County of Bernalillo, State of New Mexico
Case No.: CV 2006-05102

**April 28, 2008 – Deposition**
Dennis P. Murphy, as personal representative of the estate of William D. Crumpton,
deceased v. Laura Kay, Logan Roots, Santa Fe Sheriff, et al.
U.S. District Court for the District of New Mexico
Case No.: 07-CV-188 JP/WDS

**September 10, 2008 – Deposition**
Wanda Ramos, v. County of Riverside, et al
U.S. District Court, Central District Court of California, Riverside County
Case No.: ED CV 07-00419

**September 14, 2008  Deposition**
Bud Lee and Cindy Lundman, as next friend and as natural parents of Patrick Lee,
deceased v Metropolitan government Magistrate Judge Griffin of Nashville/Davidson
County, Tennessee, Jury demand Chief of Police, Ronal Serpas, et al
U.S. District Court, Central District of Tennessee, Nashville Division
Case No.: 3:06-CV-00108

**November 4, 2008 – Trial**
Wanda Ramos, v. County of Riverside, et al
U.S. District Court, Central District Court of California, Riverside County
Case No.: ED CV 07-00419