IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA MONTES RAMOS, INDIVIDUALLY AND AS THE ADMINISTRATRIX OF THE ESTATE OF JOSE ERNESTO RAMOS, ROSA CRISTINA RAMOS, JOE EDWARD RAMOS, JOHN AARON RAMOS, RICARDO JIMMY RAMOS AND VICENTE CHARLES, II<br>Plaintiffs,<br><br>vs.<br><br><br>OMAR LUCIO, CAMERON COUNTY SHERIFF ROBERT OYERVIDEZ, JUAN CORTEZ, III, FNUK GARCIA, LT. RAUL RODRIGUEZ, CAMERON COUNTY DEPUTIES, OFFICE OF CONSTABLE PRECINCT 6, CAMERON COUNTY, TEXAS, CONSTABLE MERCED BURNIAS, PRECINCT 6, IN HIS OFFICIAL CAPACITY, CAMERON COUNTY, TEXAS AND SGT. REFUGIO PEREZ, PRECINCT 6 DEPUTY CONSTABLE FOR CAMERON COUNTY, TEXAS<br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL NO. B-08-122 |

### ORDER GRANTING CAMERON COUNTY'S AND THE INDIVIDUAL DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT ON FEDERAL CLAIMS WITH AUTHORITIES

On this date the Court considered Defendant Cameron County's and the Individual Defendants Motions for Summary Judgment on Federal Claims with Authorities. After considering the pleadings, motion and arguments of counsel, the Court is of the opinion that Defendant's Motion for Summary Judgment should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant Cameron County's and the Individual Defendants Motions for Summary Judgment on Federal Claims with Authorities be and is hereby GRANTED.

SIGNED AND ENTERED, this the \_\_\_\_ day of _____,2008.

_____
Judge Presiding

Approved and Entry Requested:

/S/Bruce W. Hodge
Bruce W. Hodge