Page 91

| Time | Line | |
|---|---|---|
| 17:49 | 1 | Q. Well, let me ask you, where were you when he |
| 17:49 | 2 | complained about breathing problems? |
| 17:49 | 3 | A. I was there on the porch. |
| 17:49 | 4 | Q. On the porch? |
| 17:49 | 5 | A. Yes, sir. |
| 17:49 | 6 | Q. So you were -- you were absolutely clear that he |
| 17:49 | 7 | yelled -- |
| 17:49 | 8 | A. Yes, sir. |
| 17:49 | 9 | Q. -- that he was having trouble breathing? |
| 17:49 | 10 | A. Yes. |
| 17:49 | 11 | Q. What did he say exactly? |
| 17:49 | 12 | A. "Get off of me. I can't breathe." |
| 17:49 | 13 | Q. Okay. But there was never at any time -- you |
| 17:50 | 14 | would agree with me, won't you -- that an officer was |
| 17:50 | 15 | actually sitting on Mr. Ramos with his full force and |
| 17:50 | 16 | his full weight? Would you agree with me to that? |
| 17:50 | 17 | A. No. |
| 17:50 | 18 | Q. Okay. So there was a time when there was an |
| 17:50 | 19 | officer sitting, actually sitting on Mr. Ramos? |
| 17:50 | 20 | A. Well, not sitting, but I could tell he had all |
| 17:50 | 21 | the force on him. |
| 17:50 | 22 | Q. Okay. And is -- are we speaking here of the one |
| 17:50 | 23 | with the knee on him? |
| 17:50 | 24 | A. Yes, the one with the 300 pounds. |
| 17:50 | 25 | Q. The 300-pound fellow with the knee on him? |

EXHIBIT 10

40692195-82a

| | | |
|---|---|---|
| 17:50 | 1 | A. Yes, sir. |
| 17:50 | 2 | Q. And even though part of his weight was being |
| 17:50 | 3 | supported by the ground, you're telling the ladies and |
| 17:50 | 4 | gentlemen of the jury that his full weight was on the |
| 17:50 | 5 | back of Mr. Ramos? |
| 17:50 | 6 | A. Yes, sir. |
| 17:50 | 7 | Q. Okay. Was Joe able to turn his head side to |
| 17:50 | 8 | side? |
| 17:50 | 9 | A. When the officer came to put the light on him. |
| 17:51 | 10 | Q. Yes. |
| 17:51 | 11 | A. I saw him got his, you know, his head up. |
| 17:51 | 12 | Q. Okay. |
| 17:51 | 13 | A. And after that I saw that same officer put his |
| 17:51 | 14 | foot on his head. |
| 17:51 | 15 | Q. Put his foot on his head? |
| 17:51 | 16 | A. On top of his head, yes, sir. |
| 17:51 | 17 | Q. The one with the flashlight? |
| 17:51 | 18 | A. Yes, sir. |
| 17:51 | 19 | Q. Okay. And can you tell us why he did that, if |
| 17:51 | 20 | you know? |
| 17:51 | 21 | A. No. No, sir. |
| 17:51 | 22 | Q. And when he put it on his head, what part of his |
| 17:51 | 23 | head did he put it on? |
| 17:51 | 24 | A. On top of his ear. |
| 17:51 | 25 | Q. Say again. |

40692195-82ae-4e61-b58c-e3d534d94973

| | | |
|---|---|---|
| 19:08 | 1 | MR. RAYMUNDO LOPEZ: Objection, |
| 19:08 | 2 | speculation. |
| 19:08 | 3 | A. Like if I see anything wrong? |
| 19:08 | 4 | Q. Yes, ma'am. Did you see anything suggesting |
| 19:08 | 5 | that these officers were doing anything more than simply |
| 19:08 | 6 | trying to do their duty to respond to the call and get |
| 19:08 | 7 | this situation under control out there? |
| 19:08 | 8 | A. Well -- |
| 19:08 | 9 | MR. RAYMUNDO LOPEZ: Objection, same |
| 19:08 | 10 | objection. |
| 19:08 | 11 | A. -- when they were on top of him. |
| 19:08 | 12 | Q. When they were on top of him? |
| 19:08 | 13 | A. Yes. |
| 19:08 | 14 | Q. And are we talking now about the knee to the |
| 19:08 | 15 | back? |
| 19:08 | 16 | A. Yes, sir. |
| 19:08 | 17 | Q. With the knee on the ground? |
| 19:08 | 18 | A. Yes, sir. |
| 19:08 | 19 | Q. Okay. You didn't like that? |
| 19:08 | 20 | A. No. |
| 19:08 | 21 | Q. Okay. Do you know whether or not -- you know, |
| 19:09 | 22 | whether or not that way of trying to restrain Mr. Ramos |
| 19:09 | 23 | is considered proper under police procedure or not? |
| 19:09 | 24 | A. No, sir. |
| 19:09 | 25 | Q. Okay. But you didn't tell that person that was |

Page 111

| | | |
|---|---|---|
| 18:08 | 1 | Q. Joe wasn't trying to get up? |
| 18:08 | 2 | A. No, no, I never saw him like trying to get away |
| 18:08 | 3 | from them or anything. |
| 18:08 | 4 | Q. Okay. Let me ask you this. Am I right to say |
| 18:08 | 5 | that the only things that you actually saw that night |
| 18:09 | 6 | that were holding Joe -- and by that I mean an object, |
| 18:09 | 7 | I'm not talking about a person -- are the pair of |
| 18:09 | 8 | handcuffs on his wrists? |
| 18:09 | 9 | A. That I saw? |
| 18:09 | 10 | Q. Yes, ma'am. |
| 18:09 | 11 | A. Yes, sir. |
| 18:09 | 12 | Q. Okay. Can you tell us when he was face down |
| 18:09 | 13 | there on the ground and as you described where one of |
| 18:09 | 14 | the officers was on one side with a knee on his back -- |
| 18:09 | 15 | first of all, let me ask you, can you tell me what part |
| 18:09 | 16 | of his back that knee was on? |
| 18:09 | 17 | A. It was -- he was laying down -- I'd say on his |
| 18:09 | 18 | shoulder. |
| 18:09 | 19 | Q. On his shoulder? |
| 18:10 | 20 | A. Yeah. |
| 18:10 | 21 | Q. Okay. So am I right to say that with one knee |
| 18:10 | 22 | on the ground and one knee on his shoulder, this officer |
| 18:10 | 23 | was holding Joe down? |
| 18:10 | 24 | A. Yes, sir. |
| 18:10 | 25 | Q. All right. And just so there is no mistake |

40692195-82ae-4e61-b58c-e3d534d94973

Page 112

| | | |
|---|---|---|
| 18:10 | 1 | about it, we're not talking about a knee to the -- to |
| 18:10 | 2 | his waist area on his back or his hip area, are we? |
| 18:10 | 3 | We're talking about a knee up in his upper body on his |
| 18:10 | 4 | shoulder, right? |
| 18:10 | 5 | A.  Like only one knee? |
| 18:10 | 6 | Q.  Yes, ma'am. |
| 18:10 | 7 | A.  I don't remember. |
| 18:10 | 8 | Q.  You don't remember? |
| 18:10 | 9 | A.  Huh-uh. |
| 18:10 | 10 | Q.  Okay.  So -- and we're talking about -- are we |
| 18:10 | 11 | talking about the 300-pound man now -- |
| 18:10 | 12 | A.  Yes, sir. |
| 18:10 | 13 | Q.  -- for the moment?  So you don't know exactly |
| 18:10 | 14 | where his knee was placed on Joe? |
| 18:10 | 15 | A.  No, sir.  No. |
| 18:11 | 16 | Q.  Do you know that, in fact, it was placed on his |
| 18:11 | 17 | back somewhere? |
| 18:11 | 18 | A.  Yes, sir. |
| 18:11 | 19 | Q.  Why do you say that if you can't tell me where |
| 18:11 | 20 | it was? |
| 18:11 | 21 | A.  Like I saw him that he was kneeling down. |
| 18:11 | 22 | Q.  Okay.  Well.  Kneeling down is one thing. |
| 18:11 | 23 | A.  Yes. |
| 18:11 | 24 | Q.  Having a knee on somebody's back somewhere is |
| 18:11 | 25 | another thing, right? |

40692195-82ae-4e61-b58c-e3d534d94973

Page 113

| | | | |
|---|---|---|---|
| 18:11 | 1 | A. | Yes, sir, but I -- |
| 18:11 | 2 | Q. | And you can't tell us where his knee was? |
| 18:11 | 3 | A. | Because he was like this, so, you know, if he |
| 18:11 | 4 | had it, it was probably in his -- right here in this -- | |
| 18:11 | 5 | Q. | Here again, I'm not talking about probably now. |
| 18:11 | 6 | A. | Yeah.  No. |
| 18:11 | 7 | Q. | Probably -- |
| 18:11 | 8 | A. | I say it's here. |
| 18:11 | 9 | Q. | Okay.  So it wasn't his shoulder.  It was |
| 18:11 | 10 | somewhere in his middle back? | |
| 18:11 | 11 | A. | Yes, sir. |
| 18:11 | 12 | Q. | On the side of his back? |
| 18:11 | 13 | A. | On the side.  On the side of his back. |
| 18:11 | 14 | Q. | Okay.  And do you remember which knee the |
| 18:11 | 15 | officer had on the middle side of his back? | |
| 18:12 | 16 | A. | The left. |
| 18:12 | 17 | Q. | The left knee? |
| 18:12 | 18 | A. | Yes, sir. |
| 18:12 | 19 | Q. | Was this officer more or less facing toward you |
| 18:12 | 20 | where you were standing? | |
| 18:12 | 21 | A. | Yes, sir. |
| 18:12 | 22 | Q. | So you were able to see his face? |
| 18:12 | 23 | A. | Yes, sir. |
| 18:12 | 24 | Q. | And the front of his uniform? |
| 18:12 | 25 | A. | Yes, sir. |

40692195-82ae-4e61-b58c-e3d534d94973