IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA MONTES RAMOS, INDIVIDUALLY AND AS THE ADMINISTRATRIX OF THE ESTATE OF JOSE ERNESTO RAMOS, ROSA CRISTINA RAMOS, JOE EDWARD RAMOS, JOHN AARON RAMOS, RICARDO JIMMY RAMOS AND VICENTE CHARLES, II<br>      Plaintiffs,<br><br>vs.<br><br>OMAR LUCIO, CAMERON COUNTY SHERIFF ROBERT OYERVIDEZ, JUAN CORTEZ, III, FNUK GARCIA, LT. RAUL RODRIGUEZ, CAMERON COUNTY DEPUTIES, OFFICE OF CONSTABLE PRECINCT 6, CAMERON COUNTY, TEXAS, CONSTABLE MERCED BURNIAS, PRECINCT 6, IN HIS OFFICIAL CAPACITY, CAMERON COUNTY, TEXAS AND SGT. REFUGIO PEREZ, PRECINCT 6 DEPUTY CONSTABLE FOR CAMERON COUNTY, TEXAS<br>      Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL NO. B-08-122 |

**ORDER GRANTING CAMERON COUNTY'S OPPOSED MOTION
TO DISMISS STATE LAW CLAIMS UNDER FRCP 12(b)(1) and (6)**

On this date the Court considered Defendant Cameron County's Opposed Motion to Dismiss State Law Claims Under FRCP 12(b)(1) and (6). After considering the County's Motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant Cameron County's Opposed Motion to Dismiss State Law Claims Under FRCP 12(b)(1) and (6) be and is hereby GRANTED.

SIGNED AND ENTERED, this the ____ day of _____,2009.

                                                      _____
                                                      HON. HILDA G. TAGLE
                                                      U.S. DISTRICT JUDGE

Approved and Entry Requested:

/S/Bruce W. Hodge
Bruce W. Hodge