UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA MONTES RAMOS, ET. AL.<br>PLAINTIFF, | § § § § | |
| VS. | § § § § | CIVIL ACTION NO. 1-08-CV-122<br>(Jury Demanded) |
| OMAR LUCIO, ET. AL.<br>DEFENDANT. | § § § | |

## PLAINTIFFS' RESPONSE TO CAMERON COUNTY'S MOTION TO DISMISS STATE LAW CLAIMS UNDER FRCP 12(b)(1) and (6)

The Plaintiffs' response to Cameron County's pending Motion To Dismiss State Law Claims Under FRCP 12(b)(1) and (6) is that they no longer intend to pursue any of the the state claims against all defendants.

Respectfully submitted,

RODRIGUEZ, TOVAR & LOPEZ, LLP
1111 West Nolana
McAllen, Texas 78504
Telephone No.: (956) 687-4363
Telecopier No.: (956) 687-6415

BY: _____
FRANCISCO J. RODRIGUEZ
State Bar Number: 12569500
FED. NO. 3083
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiffs' Response to Cameron County's Motion To Dismiss State Law Claims Under FRCP 12(b)(1) and (6) was served or delivered to Counsel for Defendants, known filing users, via the Court's Automatic Filing System this 7th day of May, 2009.

_____
FRANCISCO J. RODRIGUEZ