IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA MONTES RAMOS, INDIVIDUALLY § <br> AND AS THE ADMINISTRATRIX OF THE § <br> ESTATE OF JOSE ERNESTO RAMOS, ROSA § <br> CRISTINA RAMOS, JOE EDWARD RAMOS, § <br> JOHN AARON RAMOS, RICARDO JIMMY § <br> RAMOS AND VICENTE CHARLES, II § <br>             PLAINTIFFS, § <br> § <br> vs. § <br> § <br> § <br> OMAR LUCIO, CAMERON COUNTY SHERIFF § <br> ROBERT OYERVIDEZ, JUAN CORTEZ, III, § <br> OSWALDO GARCIA, LT. RAUL RODRIGUEZ, § <br> CAMERON COUNTY DEPUTIES, OFFICE OF § <br> CONSTABLE PRECINCT 6, CAMERON § <br> COUNTY, TEXAS, CONSTABLE MERCED § <br> BURNIAS, PRECINCT 6, IN HIS OFFICIAL § <br> CAPACITY <br>             Defendants. | CIVIL NO. B-08-122 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. The Parties stipulate to the dismissal of all of the Plaintiffs' claims under state law against all Defendants because the Plaintiffs no longer desire to prosecute any of the Plaintiffs' claims against any of the Defendants, in any and all capacities, and therefore nothing remains requiring the Court's attention respecting said state law claims.

2. All Defendants have answered, but have not filed any counter-claims.

3. This case is not a class action.

4. This case is not a derivative action.

5. A receiver has not been appointed in this action.

1

6. Dismissal of all of the Plaintiffs' claims under state law against all Defendants is requested with prejudice. Plaintiffs are not requesting dismissal of any of the federal claims against any defendant.

WHEREFORE, the Parties pray that the Court take notice of this Stipulation of Dismissal.

/s/ Bruce W. Hodge
Bruce W. Hodge
CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
1100 East Monroe Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348
Texas State Bar No. 09751700
Southern District No. 4003
ATTORNEY FOR DEFENDANTS,
Cameron County, Omar Lucio, Cameron County Sheriff, Robert Oyervidez, Juan Cortez III, Oswaldo Garcia. Lt. Raul Rodriguez, Cameron County Deputies, Office of Cameron County, Precinct 6 (previously dismissed); Constable Merced Burnias (previously dismissed)

/s/ Francisco J. Rodriguez
Francisco J. Rodriguez
RODRIGUEZ, TOVAR & LOPEZ
1111 West Nolana
McAllen, Texas 78504
Telephone: (956) 687-4363
Facsimile: (956) 687-6415
Texas State Bar No. 12569500
Southern District No. 3083
ATTORNEY FOR PLAINTIFFS,
Rosa Montes Ramos, Individually, and as Administratrix of the Estate of Jose Ernesto Ramos, Rosa Christina Ramos, Joe Edward Ramos, John Aaron Ramos, Ricardo Jimmy Ramos, and Vicente Chaires, II

/s/ Albert Lopez
Albert Lopez
LAW OFFICE OF ALBERT LOPEZ
14310 Northbrook, Ste. 110
San Antonio, Texas 78232
Telephone: (210) 404-1983
Facsimile: (210) 404-1990
Texas State Bar No. 12562350
Southern District No. 13339
ATTORNEY FOR DEFENDANT,
Refugio Perez

**CERTIFICATE OF SERVICE**

I, Bruce W. Hodge, do hereby certify that service of a true and correct copy of the foregoing document will be electronically served, upon Hon. Francisco J. Rodriguez, Rodriguez, Tovar & Lopez, LLP, Attorney for the Plaintiffs, and Hon. Albert Lopez, Attorney for Co-Defendant Perez, known filing users, via the Court's Automatic Filing System this 11th day of May, 2009:

/s/ Bruce W. Hodge
Bruce W. Hodge